**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:  
TROY E. CORNISH                                    Case # 05-12164-SSM

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| TROY E. CORNISH<br>3716 NORTH ROSSER ST., #103<br>ALEXANDRIA, VA 22311 | $700.00 |

Dated:        March 21, 2006              __/s/Gerald M. O'Donnell_____  
                                          Gerald M. O'Donnell  
                                          211 North Union Street, Ste. 240  
                                          Alexandria, VA 22314  
                                          (703) 836-2226  
                                          VSB#7930